**Entered on Docket**
**June 02, 2010**

*[Signature]*
HONORABLE JOHN L. PETERSON
UNITED STATES BANKRUPTCY JUDGE

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,

US Bank National Association, as Trustee for Banc of America Funding Corporation 2006-G
10-71423

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case Number: 10-51128-gwz |
|---|---|
| James Bailey and Jean Bailey | Date: 5/18/2010<br>Time: 10:00 am |
|  | Chapter 7 |
| Debtors. |  |

## ORDER VACATING AUTOMATIC STAY

1       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the

2 Automatic Stay is granted in the above-entitled bankruptcy proceeding regarding the subject property

3 generally described as 13415 S. Hills Dr., Reno, NV 89511.

4

5       IT IS SO ORDERED THIS ____ day of _____, 2010.

6

7

8 Submitted by:
   WILDE & ASSOCIATES

9

10 Gregory L. Wilde, Esq.
   Attorney for Secured Creditor

11

12 APPROVED / DISAPPROVED

13 _____
   Patricia A. Phair

14 Attorney for Debtor(s)

15 APPROVED / DISAPPROVED

16 _____

17 Angelique L. M. Clark
   Chapter 7 Trustee

18

19

20

21

22

23

24

25

26

1  In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
       ____ The court waived the requirements of LR 9021.
2      ____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
       ____ No parties appeared or filed written objections, and the trustee is the movant.
3      _x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
4           copy of this proposed order to all counsel who appeared at the hearing, and any trustee
            appointed in this case, any unrepresented parties who appeared at the hearing, and each has
5           approved or disapproved the order, or failed to respond, as indicated below:

6  Debtor's counsel:
       ____ approved the form of this order          ____ disapproved the form of this order
7      ____ waived the right to review the order and/or  _x_ failed to respond to the document
8      ____ appeared at the hearing, waived the right to review the order
       ____ matter unopposed, did not appear at the hearing, waived the right to review the order
9  Trustee:
10     ____ approved the form of this order          ____ disapproved the form of this order
       ____ waived the right to review the order and/or  _x_ failed to respond to the document
11

12     ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
13          counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
            parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
14          respond, as indicated below.

15 Debtor's counsel:
16     ____ approved the form of this order          ____ disapproved the form of this order
       ____ waived the right to review the order and/or  ____ failed to respond to the document
17     ____ appeared at the hearing, waived the right to review the order
18     ____ matter unopposed, did not appear at the hearing, waived the right to review the order

19 Trustee:
20     ____ approved the form of this order          ____ disapproved the form of this order
       ____ waived the right to review the order and/or  ____ failed to respond to the document
21
       ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
22          written objection.
23

24 Submitted by:
   /s/ Gregory L. Wilde, Esq.
25 Gregory L. Wilde, Esq.
   Attorney for Secured Creditor
26